Ashley Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice forthcoming*)
Joseph Serino Jr., P.C. (*pro hac vice forthcoming*)
Kristin Sheffield-Whitehead (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: lefkowitz@kirkland.com
Email: jserino@kirkland.com
Email: kwhitehead@kirkland.com

*Attorneys for Defendant ExamSoft Worldwide, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAVINDER RANGI and MELISSA C. MACIAS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>    *Defendant*. | Case No.: 2:14-cv-01919-WBS-AC<br><br>Honorable William B. Shubb<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |


Plaintiffs Ravinder Rangi and Melissa C. Macias ("Plaintiffs") and Defendant ExamSoft Worldwide, Inc. ("Defendant"), hereby jointly submit this Stipulation regarding Defendant's time to respond to the Complaint.

WHEREAS, on August 15, 2014, Plaintiffs filed the Complaint in this action and served Defendant on August 26, 2014;

WHEREAS, several other plaintiffs have filed similar complaints against Defendant in various other jurisdictions;

WHEREAS, to ensure that this litigation and the other, similar actions pending against Defendant progress in an orderly and efficient manner;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendant shall answer, move, or otherwise respond to the Complaint on or before October 15, 2014.

2. If Defendant moves to dismiss the Complaint, Plaintiffs' opposition shall be due on or before December 12, 2014, and Defendant's reply shall be due January 12, 2015.

3. If Defendant agrees to, or is ordered to comply with, an earlier response date to any other complaint involving the same or similar claims as those alleged in this Complaint, then its response date to this Complaint will be such earlier date.

4. By submitting this Stipulation, Defendant does not waive and expressly reserves any available defenses, including lack of personal jurisdiction and improper service of process.

///
///
///
///
///
///
///
///
///

Dated: September 5, 2014

/s/ Havila C. Unrein
(as authorized on September 4, 2014)

Havila C. Unrein
KELLER ROHRBACK LLP
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
Email: hunrein@kellerrohrback.com

*Attorney for Plaintiffs Ravinder Rangi and Melissa C. Macias*

/s/ Ashley Littlefield

Ashley Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice forthcoming*)
Joseph Serino Jr., P.C. (*pro hac vice forthcoming*)
Kristin Sheffield-Whitehead (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: lefkowitz@kirkland.com
Email: jserino@kirkland.com
Email: kwhitehead@kirkland.com

*Attorneys for Defendant ExamSoft Worldwide, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  September 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On September 5, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) have been so served.

*/s/ Ashley Littlefield*

**SERVICE LIST**

Havila C. Unrein
Keller Rohrback LLP
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: 805-456-1496
Fax: 805-456-1497
Email: hunrein@kellerrohrback.com

*Attorney for Plaintiffs Ravinder Rangi
and Melissa C. Macias*