**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RAVINDER RANGI and MELISSA C. MACIAS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>      *Defendant*. | Case No.: 2:14-cv-01919-WBS-AC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Judge:     Hon. William B. Shubb<br>Date:      March 23, 2015<br>Time:      2:00 p.m.<br>Location:  Sacramento Courthouse<br>           Courtroom 5, 14th Floor<br>           501 I Street<br>           Sacramento, CA 95814 |

The Court having considered the pending Joint Motion to Extend the Stay; it is hereby ORDERED that the motion is GRANTED in full.  The stay of proceedings in this action is hereby extended, and these proceedings are stayed for an additional thirty (30) days, through and including March 16, 2015.

The parties are hereby ORDERED to file a joint status report with the Court on or before March 16, 2015 updating the Court as to the status of their settlement efforts.  The March 2, 2015 Status Conference and the March 23, 2015 motion hearing dates are vacated.

IT IS SO ORDERED.

Dated:  February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE