UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDER RANGI and MELISSA C. MACIAS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>    *Defendant*. | Case No.: 2:14-cv-01919-WBS-AC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY** |

The Court having considered the pending Joint Motion to Extend the Stay; it is hereby ORDERED that the motion is GRANTED in full. The stay of proceedings in this action is hereby extended, and these proceedings are stayed pending determination of the motion for approval of the settlement.

The parties are hereby ORDERED to file a joint status report with the Court within 90 days. The April 20, 2015 motion hearing date is VACATED.

IT IS SO ORDERED.

Dated: March 16, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE