# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RAVINDER RANGI and MELISSA C. MACIAS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>　　　　Defendant. | Case No.: 2:14-cv-01919-WBS-AC<br><br>**ORDER** |

The parties are hereby ORDERED to file a joint status report with the Court no later than 45 days from October 9, 2015 informing the Court as to the status of the final approval of the class action settlement in *West v. ExamSoft Worldwide, Inc.*, No. 14-cv-22950-UU.

IT IS SO ORDERED.

Dated:  June 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE